**JS-6/ REMAND**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| P.S., a Minor, By and Through Her Guardian Ad Litem, JAMIE SELF,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 to 10 Inclusive,<br><br>Defendants. | Case No.: ED CV 19-1605-DMG (KKx)<br><br>**ORDER TO REMAND REMOVED ACTION [14]** |

IT IS HEREBY ORDERED THAT, pursuant to stipulation of counsel and good cause appearing, the above-captioned action be remanded to the Riverside County Superior Court, Murrieta, Southwest Justice Center. Plaintiff's "Motion to Remand Pursuant to 28 U.S.C. Section 1446(b)" [Doc. # 9] is DENIED as moot. All scheduled dates and deadlines are VACATED.

DATED: October 16, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-